DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES BYIRT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2595

[August 13, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepard, Judge; L.T. Case No. 18CF004420AMB.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Georgina Jiminez-Orosa, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER and MAY, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***